IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) <br> DAVID W. VALENCHECK <br> RENEE L. VALENCHECK ) <br> ) <br> Debtor(s) ) <br> _____) <br> Ronda J. Winnecour, Chapter 13 ) <br> Trustee, ) <br> ) <br> Movant, ) <br> ) <br> Vs. ) <br> PNMAC MORTGAGE OPPORTUNITY <br> FUND INVESTORS LLC ) <br> ) <br> Respondent(s) ) | Case No.: 11-24463 CMB <br> Chapter 13 <br><br> Related Doc. 97 |

<u>TRUSTEE'S WITHDRAWAL OF NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL AT CLAIM NO.5-2</u>

The Notice that Mortgage Claim has been Paid in Full that was filed in the above-referenced case on June 30, 2016 (document #97) is hereby WITHDRAWN.

Respectfully Submitted,

<u>7/28/2016</u>         /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| DAVID W. VALENCHECK | | |
| RENEE L. VALENCHECK | ) | Case No.: 11-24463 CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| | ) | |
| Movant, | ) | Related Doc. 97 |
| | ) | |
| Vs. | ) | |
| PNMAC MORTGAGE OPPORTUNITY | ) | |
| FUND INVESTORES, LLC | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

David W. Valencheck
Renee L. Valencheck
216 Commercial Avenue
Masontown, PA  15461-1616


Daniel R. White Esq
Zebley Mehalov & White PC
POB 2123*
Uniontown, PA  15401


PNMAC Mortgage Opportunity Fund Investors, LLC
C/O   Pennymac Loan Svcs LLC
POB 660929
Dallas, TX  75207


Aldridge Connors LLP
ATTN: Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Rd NE STE 500
Atlanta, GA  30305

| | |
|---|---|
| 7/28/2016 | S/ Renee L. Ward |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | 412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |