IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 11-24463 CMB |
| | : | |
| David W. Valencheck and Renee L. Valencheck, | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Debtors, | : | |
| | : | Related to Document No. 101 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| David W. Valencheck and Renee L. Valencheck, | : | |
| | : | |
| Respondents. | : | |

CERTIFICATE OF SERVICE OF DEBTORS' RESPONSE TO
<u>TRUSTEE'S MOTION TO DISMISS CASE</u>

    I hereby certify that a copy of the Debtors' Response to Trustee's Motion to Dismiss Case was served upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail.

    Method of service: first class, postage prepaid.
    Total number of parties served: 1
    Date executed: August 29, 2016

                                      ZEBLEY MEHALOV & WHITE, P.C.

                                      By <u>/s/ Daniel R. White</u>
                                          Daniel R. White
                                          Pa. ID No. 78718
                                          P.O. Box 2123
                                          Uniontown, PA 15401
                                          Telephone: 724-439-9200
                                          Email: dwhite@Zeblaw.com
                                          Attorney for Debtors