10:00 A.M.

# PROCEEDING MEMO

Date: NOVEMBER 16, 2016

In re: DAVID W. VALENCHECK and
RENEE L. VALENCHECK

Bankruptcy No. 11-24463 CMB
Chapter 13
Doc. #99

Appearances: Jana Pail, T; Daniel White, D.

Movant(s): ~~Winnecour / Pail / Bedford / Katz~~

Respondent(s): ~~Daniel R. White~~

Creditor(s):

Nature of Proceeding: Trustee's Continued Motion to Dismiss

Additional Pleadings: Response by Debtors (103) (filed previously)

Judge's Notes:

Outcome: Debtor was unable to make payment in full. Continued again to 1/11/17 @ 11:00 a.m. Debtor to pay in full.

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
11/17/16 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David W. Valencheck  
Renee L. Valencheck  
    Debtors

Case No. 11-24463-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Nov 17, 2016  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.  
db         David W. Valencheck,   216 Commercial Avenue,    Masontown, PA 15461-1616  
jdb        #Renee L. Valencheck,   216 Commercial Avenue,    Masontown, PA 15461-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Daniel R. White    on behalf of Debtor David W. Valencheck dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
         Daniel R. White    on behalf of Joint Debtor Renee L. Valencheck dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
         Leslie J. Rase, Esq.    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 7