## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David W. Valencheck and Renee L. Valencheck | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 11-24463 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of PNMAC Mortgage Oppurtunity Fund Investors, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6129

                                 Respectfully submitted,


                                   **<u>/s/ James C. Warmbrodt, Esquire</u>**
                                   James C. Warmbrodt, Esquire
                                   jwarmbrodt@kmllawgroup.com
                                   Attorney I.D. No. 42524
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   Phone: 215-825-6306
                                   Fax: 215-825-6406
                                   Attorney for Movant/Applicant