IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| David W. Valencheck, | : | Case No.  11-24463 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| David W. Valencheck, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR DAVID W. VALENCHECK'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtor ,David W. Valencheck, by and through his counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is required to pay Domestic Support Obligations and has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 3, 2017, at docket number 110, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by:  Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 10, 2017

                                        ZEBLEY MEHALOV & WHITE, P.C.

BY:  /s/ Daniel R. White
       Daniel R. White, Esquire
       PA I.D. No. 78718
       P.O. Box 2123
       Uniontown, PA 15401
       724-439-9200
       dwhite@Zeblaw.com