**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID W. VALENCHECK<br>RENEE L. VALENCHECK<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:11-24463<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.   The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

　February 24, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/16/2011 and confirmed on 9/28/11 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,854.91 |
| Less Refunds to Debtor | 78.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,776.04 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,300.00 | |
|    Trustee Fee | 1,938.08 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,238.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNMAC MORTGAGE OPPORTUNITY FUN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6129 | | | | |
|   MASONTOWN BOROUGH UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX2011 | | | | |
|   VANGUARD GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX0079 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 4.31 | 4.31 | 0.00 | 4.31 |
|     Acct: XXXXXXXXX8;10 | | | | |
|   AMERICREDIT FNCL SVCS INC* | 14,942.06 | 14,942.06 | 1,888.91 | 16,830.97 |
|     Acct: XXXXXXXXXX2427 | | | | |
|   PNMAC MORTGAGE OPPORTUNITY FUN | 22,804.63 | 22,804.63 | 5,797.22 | 28,601.85 |
|     Acct: 6129 | | | | |
|   PARKVALE BANK*FRMR PARKVALE SV | 484.00 | 484.00 | 126.03 | 610.03 |
|     Acct: 0951 | | | | |
| | | | | 46,047.16 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID W. VALENCHECK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID W. VALENCHECK | 78.87 | 78.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT GALLATIN ASD & MASONTOWN | 1,540.62 | 1,540.62 | 0.00 | 1,540.62 |
|     Acct: XXXXXXXXXXXX8-10 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXX9-10 | | | | |
|   MASONTOWN BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX9-10 | | | | |
|   PNMAC MORTGAGE OPPORTUNITY FUN | 1,808.91 | 1,808.91 | 0.00 | 1,808.91 |
|     Acct: 6129 | | | | |
|   PNMAC MORTGAGE OPPORTUNITY FUN | 681.03 | 681.03 | 0.00 | 681.03 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: 6129 | | | | |
| CLERK, U S BANKRUPTCY COURT | 221.09 | 221.09 | 0.00 | 221.09 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXATES | | | | |
| | | | | 4,251.65 |
| **Unsecured** | | | | |
| EDWIN ASSID, D.M.D.++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X1394 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 749.25 | 220.87 | 0.00 | 220.87 |
| Acct: XXXXXXXXXXXXXX5287 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC - A | 4,155.64 | 1,225.03 | 0.00 | 1,225.03 |
| Acct: 7967 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX4256 | | | | |
| CLARKE & CO PATHOLOGY INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX7737 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 750.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1721 | | | | |
| COLUMBIA GAS OF PA INC(*) | 697.83 | 205.71 | 0.00 | 205.71 |
| Acct: XXXXXXXXXX01-6 | | | | |
| LEMENTOWSKI ASSOC SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX0215 | | | | |
| LIONS MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| HIGH FIELD OPEN MRI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| MON VALLEY ANESTHESIA | 77.00 | 22.70 | 0.00 | 22.70 |
| Acct: XX8205 | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX1639 | | | | |
| PISH MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X5867 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 658.33 | 194.07 | 0.00 | 194.07 |
| Acct: 1297 | | | | |
| ROTECH HEALTHCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX4959 | | | | |
| GEORGE SCHEIN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5205 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX/SCH | | | | |
| UPMC PHYSCIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5878 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 191.50 | 56.45 | 0.00 | 56.45 |
| Acct: 6198 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 97.82 | 28.84 | 0.00 | 28.84 |
| Acct: 0210 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 675.50 | 199.13 | 0.00 | 199.13 |
| Acct: 4710 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 292.92 | 86.35 | 0.00 | 86.35 |
| Acct: 1667 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6129 | | | | |
| | | | | 2,239.15 |

TOTAL PAID TO CREDITORS                                                                                    52,537.96

| | |
|---|---|
| TOTAL | |
| CLAIMED | 4,251.65 |
| PRIORITY | 38,235.00 |
| SECURED | 8,345.79 |

Date: 02/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DAVID W. VALENCHECK
    RENEE L. VALENCHECK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:11-24463

Chapter 13

Document No.:

### ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David W. Valencheck
Renee L. Valencheck
    Debtors

Case No. 11-24463-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw    Page 1 of 3    Date Rcvd: Feb 27, 2017
                     Form ID: pdf900    Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.

```
db            David W. Valencheck,    216 Commercial Avenue,    Masontown, PA 15461-1616
jdb           #Renee L. Valencheck,    216 Commercial Avenue,    Masontown, PA 15461-1616
cr            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
               Suite 600,    Atlanta, GA 30342-1439
13125659      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,    2144 Sheffield Road,    Aliquippa, PA 15001)
13125660      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Bankruptcy Department,    P.O. Box 183853,
               Arlington, TX 76096-3853)
13152314      +Albert Gallatin ASD c/o Berkheimer,    P.O. Box 905,    50 North Seventh Street,
               Bangor, PA 18013-1731
13152315      +Aldridge Connors, LLP,    Bankruptcy Department,    780 Johnson Ferry Road--Suite 600,
               Atlanta, GA 30342-1434
13152317      +Berkheimer Associates,    P.O. Box 905,    50 North Seventh Street,    Bangor, PA 18013-1798
13232398      +Berkheimer Tax Administrator, Agent for,    Mastontown Boro & Albert Gallatin ASD,
               50 North Seventh Street,    Bangor, PA 18013-1731
13125666      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
              (address filed with court: Collect America, Ltd.,    370 17th Street, Suite 5000,
               Denver, CO 80202)
13125667      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Center, Inc.,    P.O. Box 14931,
               Pittsburgh, PA 15234-0931)
13152319      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PA,    200 Civic Center Drive, 11th Floor,
               Columbus, OH  43215)
13125664       Citifinancial,    P.O. Box 140489,    Irving, TX 75014-0489
13125665       Clarke & Company Pathology, Inc.,    1 Penn Center West #225,    Pittsburgh, PA 15276-0109
13125668      +Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
13125669      +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
               Uniontown, PA 15401-3514
13125670      +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    Suite 517, National City Building,
               2 West Main Street,    Uniontown, PA 15401-3408
13125687      +George Schein, M.D.,    2311 Old Bethel Church Road,    Bethel Park, PA 15102-2971
13125671      +Goldbeck, McCafferty & McKeever,    Suite 5000-Mellon Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1541
13125673       Lementowski & Associates Surgery,    10 Highland Park Drive,    Uniontown, PA 15401-8926
13125674       Lions Medical Center,    1895 Jefferson Road,    Rices Landing, PA 15357-1165
13125675       Masontown Borough Utilities,    2 Court Avenue,    Masontown, PA 15461-1841
13125676      +Medical Center/High Field,    P.O. Box 470,    Jefferson, PA 15344-0470
13125677      +Mon Valley Anesthesia Associates,    c/o Allied Adjustors Inc,    P.O. Box 1006,
               Aliquippa PA 15001-0806
13125678       Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13125679       NCO Financial Systems, Inc.,    P.O. Box 13570,    Philadelphia, PA 19101
13125680      +Nrthestcrcol,    237 N Main Street,    Dickson City, PA 18519-1651
13171158       PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC,    C/O PennyMac Loan Services,    P.O. Box 829009,
               Dallas, Texas 75382-9009
13125681       Parkvale Savings Bank,    4220 William Penn Highway,    Monroeville, PA 15146-2774
13125682       Penn Credit Corporation,    916 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13152321       Pish Medical Associates,    20 Highland Park Drive--Suite 202,    Uniontown, PA  15401-8968
13125684       Plains Commerce Bank,    P.O. Box 88020,    Sioux Falls, SD 57109-8020
13125686       Rotech Healthcare, Inc.,    P.O. Box 510987,    Livonia, MI 48151-6987
13125689       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13125691      +Verizon,    Attn: Bankruptcy,    3900 Washington Street,    Wilmington, DE 19802-2125
13204667      +Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
13204668       Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
13152322       Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL  61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:55:10
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX   77210-4457
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:56
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX   77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:43
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13125662      +E-mail/Text: g20956@att.com Feb 28 2017 02:50:09     AT&T Mobility,    5020 Ash Grove Road,
               Springfield, IL 62711-6329
13152316      +E-mail/Text: roy.buchholz@allianceoneinc.com Feb 28 2017 02:48:19
               Alliance One Receivables Management,    4850 Street Road, Suite 300,    Trevose, PA 19053-6643
13125663      +E-mail/Text: bankruptcy@cavps.com Feb 28 2017 02:49:56     Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
```

```
District/off: 0315-2                  User: dsaw                    Page 2 of 3                    Date Rcvd: Feb 27, 2017
                                      Form ID: pdf900               Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13147351       +E-mail/Text: bankruptcy@cavps.com Feb 28 2017 02:49:56      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13152320        E-mail/Text: creditonebknotifications@resurgent.com Feb 28 2017 02:48:26      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV  89193-8873
13197005        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:43      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13527703        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:41:36      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
13125672       +E-mail/Text: bankruptcy@icsystem.com Feb 28 2017 02:50:08      IC System, Inc.,   P.O. Box 64380,
                 Saint Paul, MN 55164-0380
13194953        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2017 02:49:48      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13619857        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:55:20      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13538047        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 02:54:38      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX  77210-4457
13125685        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:15:58
                 Portfolio Recovery Associates,    P.O. Box 41067,   Norfolk, VA 23541
13173977        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:04:45
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13176852        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:43
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13125688        E-mail/Text: PFS.Analyst@stclair.org Feb 28 2017 02:50:10      St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
13125690       +E-mail/Text: BankruptcyNotice@upmc.edu Feb 28 2017 02:50:14      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,   Pittsburgh, PA 15233-2213
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financail Services,Inc.
cr             PNMAC Mortgage Opportunity Fund Investors, LLC
cr*            Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
cr*            Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13138544*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc,   PO BOX 183853,
                 Arlington, TX 76096)
13147778*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania Inc,   200 Civic Center Dr 11th Floor,
                 Columbus OH 43215)
13620219*      Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13620220*      Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
13175479*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk VA 23541)
13152318       ##+CBE Group, Inc.,   131 Tower Park Drive--Suite 100,   Waterloo, IA 50701-9374
13125661       ##+Edwin E. Assid, DMD,   P.O. Box 1278,   Canonsburg, PA 15317-4278
13125683       ##PennyMac Loan Services,    P.O. Box 961282,   Fort Worth, TX 76161-0282
13204669       ##+Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
13152323       ##Vision Financial Corp.,    P.O. Box 800,   Purchase, NY 10577-0800
                                                                                   TOTALS: 2, * 7, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: dsaw                  Page 3 of 3                  Date Rcvd: Feb 27, 2017
                              Form ID: pdf900             Total Noticed: 57
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNMAC Mortgage Opportunity Fund Investors, LLC
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor David W. Valencheck dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Joint Debtor Renee L. Valencheck dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt    on behalf of Creditor   PNMAC Mortgage Opportunity Fund Investors, LLC
               bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Creditor   PNMAC Mortgage Opportunity Fund Investors, LLC
               lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```