**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David W. Valencheck** | Social Security number or ITIN  **xxx–xx–6981** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Renee L. Valencheck** | Social Security number or ITIN  **xxx–xx–4204** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **11–24463–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David W. Valencheck        Renee L. Valencheck

5/4/17        **By the court:**   Carlota M. Bohm
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 11-24463-CMB
David W. Valencheck                                              Chapter 13
Renee L. Valencheck
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala                  Page 1 of 3              Date Rcvd: May 04, 2017
                              Form ID: 3180W              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db              David W. Valencheck,    216 Commercial Avenue,    Masontown, PA 15461-1616
jdb            #Renee L. Valencheck,    216 Commercial Avenue,    Masontown, PA 15461-1616
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
                 Suite 600,   Atlanta, GA 30342-1439
13125659      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,     2144 Sheffield Road,    Aliquippa, PA 15001)
13152314       +Albert Gallatin ASD c/o Berkheimer,    P.O. Box 905,    50 North Seventh Street,
                 Bangor, PA 18013-1731
13152315       +Aldridge Connors, LLP,    Bankruptcy Department,    780 Johnson Ferry Road--Suite 600,
                 Atlanta, GA 30342-1434
13152317       +Berkheimer Associates,    P.O. Box 905,    50 North Seventh Street,    Bangor, PA 18013-1798
13232398       +Berkheimer Tax Administrator, Agent for,    Mastontown Boro & Albert Gallatin ASD,
                 50 North Seventh Street,    Bangor, PA 18013-1731
13125666      ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,   DENVER CO 80237-3485
               (address filed with court: Collect America, Ltd.,     370 17th Street, Suite 5000,
                 Denver, CO 80202)
13125667      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,     P.O. Box 14931,
                 Pittsburgh, PA 15234-0931)
13152319      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     200 Civic Center Drive, 11th Floor,
                 Columbus, OH  43215)
13125664        Citifinancial,   P.O. Box 140489,    Irving, TX 75014-0489
13125665        Clarke & Company Pathology, Inc.,    1 Penn Center West #225,    Pittsburgh, PA 15276-0109
13125668       +Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
13125669       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13125670       +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    Suite 517, National City Building,
                 2 West Main Street,    Uniontown, PA 15401-3408
13125687       +George Schein, M.D.,    2311 Old Bethel Church Road,    Bethel Park, PA 15102-2971
13125671       +Goldbeck, McCafferty & McKeever,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
13125673        Lementowski & Associates Surgery,    10 Highland Park Drive,    Uniontown, PA 15401-8926
13125674        Lions Medical Center,    1895 Jefferson Road,    Rices Landing, PA 15357-1165
13125675        Masontown Borough Utilities,    2 Court Avenue,    Masontown, PA 15461-1841
13125676       +Medical Center/High Field,    P.O. Box 470,    Jefferson, PA 15344-0470
13125677       +Mon Valley Anesthesia Associates,    c/o Allied Adjustors Inc,    P.O. Box 1006,
                 Aliquippa PA 15001-0806
13125678        Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13125679        NCO Financial Systems, Inc.,    P.O. Box 13570,    Philadelphia, PA 19101
13125680       +Nrthestcrcol,   237 N Main Street,    Dickson City, PA 18519-1651
13171158        PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC,    C/O PennyMac Loan Services,   P.O. Box 829009,
                 Dallas, Texas 75382-9009
13125681        Parkvale Savings Bank,    4220 William Penn Highway,    Monroeville, PA 15146-2774
13125682        Penn Credit Corporation,    916 14th Place,    P.O. Box 988,   Harrisburg, PA 17108-0988
13152321        Pish Medical Associates,    20 Highland Park Drive--Suite 202,    Uniontown, PA 15401-8968
13125684        Plains Commerce Bank,    P.O. Box 88020,    Sioux Falls, SD 57109-8020
13125686        Rotech Healthcare, Inc.,    P.O. Box 510987,    Livonia, MI 48151-6987
13125689        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 00:37:44      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: AIS.COM May 05 2017 00:28:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
cr              EDI: AIS.COM May 05 2017 00:28:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,   Houston, TX  77210-4457
cr              EDI: RECOVERYCORP.COM May 05 2017 00:28:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13125660        EDI: PHINAMERI.COM May 05 2017 00:28:00      AmeriCredit Bankruptcy Department,
                 P.O. Box 183853,    Arlington, TX 76096-3853
13138544        EDI: PHINAMERI.COM May 05 2017 00:28:00      AmeriCredit Financial Services, Inc,
                 PO BOX 183853,   Arlington, TX 76096
13125662       +EDI: CINGMIDLAND.COM May 05 2017 00:28:00      AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13152316       +EDI: ALLIANCEONE.COM May 05 2017 00:28:00      Alliance One Receivables Management,
                 4850 Street Road, Suite 300,    Trevose, PA 19053-6643
13125663       +E-mail/Text: bankruptcy@cavps.com May 05 2017 00:38:03     Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
13147351       +E-mail/Text: bankruptcy@cavps.com May 05 2017 00:38:03     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
```

```
District/off: 0315-2          User: aala                  Page 2 of 3                   Date Rcvd: May 04, 2017
                              Form ID: 3180W              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13152320      EDI: RCSFNBMARIN.COM May 05 2017 00:28:00      Credit One Bank,   P.O. Box 98873,
               Las Vegas, NV  89193-8873
13197005      EDI: RECOVERYCORP.COM May 05 2017 00:28:00      Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13527703      EDI: RECOVERYCORP.COM May 05 2017 00:28:00      Granite Recovery LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13125672     +EDI: IIC9.COM May 05 2017 00:28:00      IC System, Inc.,    P.O. Box 64380,
               Saint Paul, MN 55164-0380
13194953      EDI: JEFFERSONCAP.COM May 05 2017 00:28:00      Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-9617
13619857      EDI: AIS.COM May 05 2017 00:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
13538047      EDI: AIS.COM May 05 2017 00:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
               PO Box 4457,   Houston, TX  77210-4457
13125685      EDI: PRA.COM May 05 2017 00:28:00      Portfolio Recovery Associates,   P.O. Box 41067,
               Norfolk, VA 23541
13173977      EDI: PRA.COM May 05 2017 00:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
13176852      EDI: RECOVERYCORP.COM May 05 2017 00:28:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13125688      E-mail/Text: PFS.Analyst@stclair.org May 05 2017 00:38:15      St. Clair Hospital,
               1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
13125690     +E-mail/Text: BankruptcyNotice@upmc.edu May 05 2017 00:38:16      UPMC Physician Services,
               1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
13204668      EDI: VERIZONEAST.COM May 05 2017 00:28:00      Verizon,   PO BOX 3037,
               Bloomington, IL 61702-3037
13125691     +EDI: VERIZONCOMB.COM May 05 2017 00:28:00      Verizon,   Attn: Bankruptcy,
               3900 Washington Street,    Wilmington, DE 19802-2125
13204667     +EDI: VERIZONCOMB.COM May 05 2017 00:28:00      Verizon,   404 Brock Drive,
               Bloomington, IL 61701-2654
13204669     +EDI: VERIZONWIRE.COM May 05 2017 00:28:00      Verizon Wireless,   PO BOX 3397,
               Bloomington, IL 61702-3397
13152322      EDI: VERIZONWIRE.COM May 05 2017 00:28:00      Verizon Wireless Bankruptcy Admin.,
               P.O. Box 3397,   Bloomington, IL  61702-3397
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AmeriCredit Financail Services,Inc.
cr            PNMAC Mortgage Opportunity Fund Investors, LLC
cr*           Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
cr*           Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
13147778*    ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania Inc,    200 Civic Center Dr 11th Floor,
               Columbus OH 43215)
13620219*     Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
               Houston, TX  77210-4457
13620220*     Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
               Houston, TX  77210-4457
13175479*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12914,
               Norfolk VA 23541)
13152318     ##+CBE Group, Inc.,    131 Tower Park Drive--Suite 100,    Waterloo, IA 50701-9374
13125661     ##+Edwin E. Assid, DMD,    P.O. Box 1278,   Canonsburg, PA 15317-4278
13125683     ##PennyMac Loan Services,    P.O. Box 961282,   Fort Worth, TX 76161-0282
13152323     ##Vision Financial Corp.,    P.O. Box 800,   Purchase, NY 10577-0800
                                                                                               TOTALS: 2, * 6, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2                User: aala                   Page 3 of 3                   Date Rcvd: May 04, 2017
                                    Form ID: 3180W               Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor David W. Valencheck dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Joint Debtor Renee L. Valencheck dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC
               bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC
               lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```