**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   DAVID W. VALENCHECK
   RENEE L. VALENCHECK
      Debtor(s)

   Ronda J. Winnecour
      Movant
     vs.
   No Repondents.

Case No.:11-24463

Chapter 13

Related to Dkt. No. 116

**ENTERED BY DEFAULT**

ORDER OF COURT

   AND NOW, this ____4th____ day of ____May____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
5/4/17 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   **jah**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                        Case No. 11-24463-CMB
David W. Valencheck                                           Chapter 13
Renee L. Valencheck
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2         User: aala               Page 1 of 3              Date Rcvd: May 04, 2017
                             Form ID: pdf900          Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db           David W. Valencheck,    216 Commercial Avenue,    Masontown, PA 15461-1616
jdb          #Renee L. Valencheck,    216 Commercial Avenue,    Masontown, PA 15461-1616
cr           +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
               Suite 600,   Atlanta, GA 30342-1439
13125659     ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,    2144 Sheffield Road,    Aliquippa, PA 15001)
13125660     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Bankruptcy Department,    P.O. Box 183853,
               Arlington, TX 76096-3853)
13152314     +Albert Gallatin ASD c/o Berkheimer,    P.O. Box 905,    50 North Seventh Street,
               Bangor, PA 18013-1731
13152315     +Aldridge Connors, LLP,    Bankruptcy Department,    780 Johnson Ferry Road--Suite 600,
               Atlanta, GA 30342-1434
13152317     +Berkheimer Associates,    P.O. Box 905,    50 North Seventh Street,    Bangor, PA 18013-1798
13232398     +Berkheimer Tax Administrator, Agent for,    Mastontown Boro & Albert Gallatin ASD,
               50 North Seventh Street,    Bangor, PA 18013-1731
13125666     ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
               (address filed with court: Collect America, Ltd.,    370 17th Street, Suite 5000,
               Denver, CO 80202)
13125667     ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,    P.O. Box 14931,
               Pittsburgh, PA 15234-0931)
13152319     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,    200 Civic Center Drive, 11th Floor,
               Columbus, OH  43215)
13125664      Citifinancial,    P.O. Box 140489,    Irving, TX 75014-0489
13125665      Clarke & Company Pathology, Inc.,    1 Penn Center West #225,    Pittsburgh, PA 15276-0109
13125668     +Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
13125669     +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
               Uniontown, PA 15401-3514
13125670     +Fayette County Tax Claim Bureau,    c/o Cupp & Cupp,    Suite 517, National City Building,
               2 West Main Street,    Uniontown, PA 15401-3408
13125687     +George Schein, M.D.,    2311 Old Bethel Church Road,    Bethel Park, PA 15102-2971
13125671     +Goldbeck, McCafferty & McKeever,    Suite 5000-Mellon Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1541
13125673      Lementowski & Associates Surgery,    10 Highland Park Drive,    Uniontown, PA 15401-8926
13125674      Lions Medical Center,    1895 Jefferson Road,    Rices Landing, PA 15357-1165
13125675      Masontown Borough Utilities,    2 Court Avenue,    Masontown, PA 15461-1841
13125676     +Medical Center/High Field,    P.O. Box 470,    Jefferson, PA 15344-0470
13125677     +Mon Valley Anesthesia Associates,    c/o Allied Adjustors Inc,    P.O. Box 1006,
               Aliquippa PA 15001-0806
13125678      Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13125679      NCO Financial Systems, Inc.,    P.O. Box 13570,    Philadelphia, PA 19101
13125680     +Nrthestcrcol,    237 N Main Street,    Dickson City, PA 18519-1651
13171158      PNMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC,    C/O PennyMac Loan Services,    P.O. Box 829009,
               Dallas, Texas 75382-9009
13125681      Parkvale Savings Bank,    4220 William Penn Highway,    Monroeville, PA 15146-2774
13125682      Penn Credit Corporation,    916 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
13152321      Pish Medical Associates,    20 Highland Park Drive--Suite 202,    Uniontown, PA  15401-8968
13125684      Plains Commerce Bank,    P.O. Box 88020,    Sioux Falls, SD 57109-8020
13125686      Rotech Healthcare, Inc.,    P.O. Box 510987,    Livonia, MI 48151-6987
13125689      Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
13204667     +Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
13204668      Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
13125691     +Verizon,    Attn: Bankruptcy,    3900 Washington Street,    Wilmington, DE 19802-2125
13204669     +Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
13152322      Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL  61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 00:40:23
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 00:40:23
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com May 05 2017 00:40:19
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13125662     +E-mail/Text: g20956@att.com May 05 2017 00:38:14     AT&T Mobility,    5020 Ash Grove Road,
               Springfield, IL 62711-6329
13152316     +E-mail/Text: roy.buchholz@allianceoneinc.com May 05 2017 00:37:32
               Alliance One Receivables Management,    4850 Street Road, Suite 300,    Trevose, PA 19053-6643
13125663     +E-mail/Text: bankruptcy@cavps.com May 05 2017 00:38:07     Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
```

```
District/off: 0315-2          User: aala                  Page 2 of 3                   Date Rcvd: May 04, 2017
                              Form ID: pdf900             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13147351       +E-mail/Text: bankruptcy@cavps.com May 05 2017 00:38:07      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13152320        E-mail/Text: creditonebknotifications@resurgent.com May 05 2017 00:37:35       Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV  89193-8873
13197005        E-mail/PDF: rmscedi@recoverycorp.com May 05 2017 00:40:03       Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13527703        E-mail/PDF: rmscedi@recoverycorp.com May 05 2017 00:40:19       Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13125672       +E-mail/Text: bankruptcy@icsystem.com May 05 2017 00:38:14       IC System, Inc.,   P.O. Box 64380,
                 Saint Paul, MN 55164-0380
13194953        E-mail/Text: JCAP_BNC_Notices@jcap.com May 05 2017 00:38:03       Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13619857        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 00:40:07       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13538047        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 00:40:07       Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
13125685        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 00:40:07
                 Portfolio Recovery Associates,    P.O. Box 41067,    Norfolk, VA 23541
13173977        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 00:51:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13176852        E-mail/PDF: rmscedi@recoverycorp.com May 05 2017 00:40:03
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13125688        E-mail/Text: PFS.Analyst@stclair.org May 05 2017 00:38:15       St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
13125690       +E-mail/Text: BankruptcyNotice@upmc.edu May 05 2017 00:38:16       UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financail Services,Inc.
cr             PNMAC Mortgage Opportunity Fund Investors, LLC
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13138544*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc,    PO BOX 183853,
                 Arlington, TX 76096)
13147778*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court:   Columbia Gas of Pennsylvania Inc,    200 Civic Center Dr 11th Floor,
                 Columbus OH 43215)
13620219*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13620220*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13175479*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541)
13152318       ##+CBE Group, Inc.,   131 Tower Park Drive--Suite 100,    Waterloo, IA 50701-9374
13125661       ##+Edwin E. Assid, DMD,    P.O. Box 1278,    Canonsburg, PA 15317-4278
13125683       ##PennyMac Loan Services,    P.O. Box 961282,    Fort Worth, TX 76161-0282
13152323       ##Vision Financial Corp.,    P.O. Box 800,    Purchase, NY 10577-0800
                                                                                    TOTALS: 2, * 7, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: aala                  Page 3 of 3                   Date Rcvd: May 04, 2017
                               Form ID: pdf900             Total Noticed: 58
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel R. White    on behalf of Debtor David W. Valencheck dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Daniel R. White    on behalf of Joint Debtor Renee L. Valencheck dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          James Warmbrodt    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC
           bkgroup@kmllawgroup.com
          Leslie J. Rase, Esq.    on behalf of Creditor    PNMAC Mortgage Opportunity Fund Investors, LLC
           lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```