**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DAVID W. VALENCHECK
    RENEE L. VALENCHECK
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:11-24463 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/16/2011  and confirmed on 09/28/2011 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,854.91 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,854.91 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,300.00 | |
|     Trustee Fee | 1,938.08 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,238.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNMAC MORTGAGE OPPORTUNITY FUND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6129 | | | | |
|   MASONTOWN BOROUGH UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX2011 | | | | |
|   VANGUARD GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX0079 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 4.31 | 4.31 | 0.00 | 4.31 |
|     Acct: XXXXXXXX8;10 | | | | |
|   AMERICREDIT FNCL SVCS INC* | 14,942.06 | 14,942.06 | 1,888.91 | 16,830.97 |
|     Acct: XXXXXXXXX2427 | | | | |
|   PNMAC MORTGAGE OPPORTUNITY FUND | 22,804.63 | 22,804.63 | 5,797.22 | 28,601.85 |
|     Acct: 6129 | | | | |
|   PARKVALE BANK*FRMR PARKVALE SV | 484.00 | 484.00 | 126.03 | 610.03 |
|     Acct: 0951 | | | | |
| | | | | 46,047.16 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DAVID W. VALENCHECK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID W. VALENCHECK<br>Acct: | 78.87 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
| ALBERT GALLATIN ASD & MASONTOWN B<br>Acct: XXXXXXXXXXXX8-10 | 1,540.62 | 1,540.62 | 0.00 | 1,540.62 |
| BERKHEIMER TAX ADMINISTRATOR**<br>Acct: XXXXXXXXXXXXXXXX9-10 | 0.00 | 0.00 | 0.00 | 0.00 |
| MASONTOWN BOROUGH (EIT)<br>Acct: XXXXXXXXX9-10 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNMAC MORTGAGE OPPORTUNITY FUND<br>Acct: 6129 | 1,808.91 | 1,808.91 | 0.00 | 1,808.91 |
| PNMAC MORTGAGE OPPORTUNITY FUND<br>Acct: 6129 | 681.03 | 681.03 | 0.00 | 681.03 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXATES | 221.09 | 221.09 | 0.00 | 221.09 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXXXX4463 | 78.87 | 78.87 | 0.00 | 78.87 |
| | | | | 4,330.52 |
| **Unsecured** | | | | |
| EDWIN ASSID, D.M.D.++<br>Acct: X1394 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: XXXXXXXXXXXX5287 | 749.25 | 220.87 | 0.00 | 220.87 |
| CAVALRY PORTFOLIO SERVICES LLC - AS<br>Acct: 7967 | 4,155.64 | 1,225.03 | 0.00 | 1,225.03 |
| CITIFINANCIAL INC (NON-RE*)<br>Acct: XXXXXXXXXXXX4256 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLARKE & CO PATHOLOGY INC++<br>Acct: XX7737 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1721 | 750.00 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)<br>Acct: XXXXXXXXX01-6 | 697.83 | 205.71 | 0.00 | 205.71 |
| LEMENTOWSKI ASSOC SURGERY<br>Acct: XX0215 | 0.00 | 0.00 | 0.00 | 0.00 |
| LIONS MEDICAL CNTR<br>Acct: XXXXXXX/SCH | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGH FIELD OPEN MRI<br>Acct: XXXXXXX/SCH | 0.00 | 0.00 | 0.00 | 0.00 |
| MON VALLEY ANESTHESIA<br>Acct: XX8205 | 77.00 | 22.70 | 0.00 | 22.70 |
| MONONGAHELA VALLEY HOSPITAL<br>Acct: XXXX1639 | 0.00 | 0.00 | 0.00 | 0.00 |
| PISH MEDICAL ASSOCIATES<br>Acct: X5867 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1297 | 658.33 | 194.07 | 0.00 | 194.07 |
| ROTECH HEALTHCARE INC<br>Acct: XXXXXXX4959 | 0.00 | 0.00 | 0.00 | 0.00 |
| GEORGE SCHEIN MD<br>Acct: XXX0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| ST CLAIR HOSPITAL<br>Acct: XXXX5205 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL<br>Acct: XXXXXXX/SCH | 0.00 | 0.00 | 0.00 | 0.00 |

| 11-24463 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| UPMC PHYSCIAN SERVICES<br>Acct: XXXX5878 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERICAN INF<br>Acct: 6198 | 191.50 | 56.45 | 0.00 | 56.45 |
| MIDLAND FUNDING LLC BY AMERICAN INF<br>Acct: 0210 | 97.82 | 28.84 | 0.00 | 28.84 |
| MIDLAND FUNDING LLC BY AMERICAN INF<br>Acct: 4710 | 675.50 | 199.13 | 0.00 | 199.13 |
| MIDLAND FUNDING LLC BY AMERICAN INF<br>Acct: 1667 | 292.92 | 86.35 | 0.00 | 86.35 |
| JAMES C WARMBRODT ESQ<br>Acct: 6129 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,239.15 |

| TOTAL PAID TO CREDITORS | | 52,616.83 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            4,330.52
SECURED            38,235.00
UNSECURED           8.345.79

Date: 07/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com