# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

In re:

DAVID W. VALENCHECK
RENEE L. VALENCHECK
    Debtor(s)

Case No. 11-24463CMB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2011.

2) The plan was confirmed on 09/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/11/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/09/2016.

5) The case was completed on 11/17/2016.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 73.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $47,494.48.

10) Amount of unsecured claims discharged without payment: $12,878.64.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $56,854.91 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**  $56,854.91

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,938.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $4,238.08

Attorney fees paid and disclosed by debtor:     $800.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALBERT GALLATIN ASD & MASONT( | Priority | 1,800.00 | 1,540.62 | 1,540.62 | 1,540.62 | 0.00 |
| AMERICREDIT FNCL SVCS INC* | Secured | 14,913.00 | 14,942.06 | 14,942.06 | 14,942.06 | 1,888.91 |
| BERKHEIMER TAX ADMINISTRATOR | Priority | 480.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LL( | Unsecured | 4,138.00 | 4,155.64 | 4,155.64 | 1,225.03 | 0.00 |
| CITIFINANCIAL INC (NON-RE*) | Unsecured | 3,633.00 | NA | NA | 0.00 | 0.00 |
| CLARKE & CO PATHOLOGY INC++ | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 221.09 | 221.09 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 78.87 | 78.87 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 861.00 | 697.83 | 697.83 | 205.71 | 0.00 |
| EDWIN ASSID, D.M.D.++ | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE COUNTY TAX CLAIM BUR | Secured | NA | 4.31 | 4.31 | 4.31 | 0.00 |
| GEORGE SCHEIN MD | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| HIGH FIELD OPEN MRI | Unsecured | 831.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,667.00 | 749.25 | 749.25 | 220.87 | 0.00 |
| LEMENTOWSKI ASSOC SURGERY | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| LIONS MEDICAL CNTR | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| MASONTOWN BOROUGH (EIT) | Priority | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MASONTOWN BOROUGH UTILITIES | Secured | 532.84 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 191.00 | 191.50 | 191.50 | 56.45 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 98.00 | 97.82 | 97.82 | 28.84 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 813.00 | 675.50 | 675.50 | 199.13 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | NA | 292.92 | 292.92 | 86.35 | 0.00 |
| MON VALLEY ANESTHESIA | Unsecured | 77.00 | 77.00 | 77.00 | 22.70 | 0.00 |
| MONONGAHELA VALLEY HOSPITAL | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| PARKVALE BANK*FRMR PARKVALE | Secured | 484.00 | NA | 484.00 | 484.00 | 126.03 |
| PISH MEDICAL ASSOCIATES | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| PNMAC MORTGAGE OPPORTUNITY I | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNMAC MORTGAGE OPPORTUNITY I | Priority | 100.00 | NA | 1,808.91 | 1,808.91 | 0.00 |
| PNMAC MORTGAGE OPPORTUNITY I | Priority | 0.00 | 681.03 | 681.03 | 681.03 | 0.00 |
| PNMAC MORTGAGE OPPORTUNITY I | Secured | 19,000.00 | 22,804.63 | 22,804.63 | 22,804.63 | 5,797.22 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 793.00 | 658.33 | 658.33 | 194.07 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 891.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| ROTECH HEALTHCARE INC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ST CLAIR HOSPITAL | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSCIAN SERVICES | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| VANGUARD GROUP | Secured | 1,958.68 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $23,288.63 | $23,288.63 | $5,923.25 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,942.06 | $14,942.06 | $1,888.91 |
| All Other Secured | $4.31 | $4.31 | $0.00 |
| **TOTAL SECURED:** | **$38,235.00** | **$38,235.00** | **$7,812.16** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,330.52 | $4,330.52 | $0.00 |
| **TOTAL PRIORITY:** | **$4,330.52** | **$4,330.52** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,345.79** | **$2,239.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,238.08 |
| Disbursements to Creditors | $52,616.83 |
| **TOTAL DISBURSEMENTS :** | **$56,854.91** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/03/2017    By: /s/ Ronda J. Winnecour
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**